

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00363-CV

RUBY LUCILLE HALL                                                    APPELLANT

V.

RDSL ENTERPRISES LLC D/B/A                                          APPELLEES
JACK IN THE BOX, AND JACK IN
THE BOX, INC.

------------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion To Dismiss All Claims Against Jack In The Box, Inc." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal against Jack in the Box, Inc. only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled Ruby Lucille Hall v. RDSL Enterprises LLC d/b/a Jack in the Box.

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL:  MEIER, GARDNER, and GABRIEL, JJ.

DELIVERED:  February 14, 2013